# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| **GEORGE W. DAVIS,** | ) | |
|     **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **3:05-cv-484** |
| | ) | |
| **MERCK & CO., INC.,** | ) | |
|     **Defendant.** | ) | |

## ORDER

Defendant has moved the court to stay all proceedings in this action pending its likely transfer to a Vioxx Multidistrict Litigation (MDL) panel [ECF # 5]. Plaintiff has not responded.

The court finds that the issues in this matter are likely to be similar to the other Vioxx cases that have already been transferred to the MDL. Plaintiff will not be unduly prejudiced by a stay, which will serve the interests of judicial economy. Accordingly, it is hereby **ORDERED** that the defendant's motion to stay these proceedings pending the transfer decision is **GRANTED**.

                         **ENTER:**

                                  s/Thomas W. Phillips
                            **UNITED STATES DISTRICT JUDGE**